THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHEAME STEVENS, Appellant. [745 NYS2d 735] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Egan, J.— Manslaughter, 1st Degree.) Present—Pigott, Jr., P.J., Pine, Hayes, Wisner and Hurlbutt, JJ.

(June 21, 2002)

In the Matter of TOMAS E. and Another, Infants. ALLEGANY COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CAROL E., Appellant. (Appeal No. 1.) [744 NYS2d 748] —Appeal from an order of Family Court, Allegany County (Hartley, J.H.O.), entered January 10, 2001, which adjudged that respondent neglected her two children.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously vacated without costs.

Same memorandum as in *Matter of Tomas E.* ([appeal No. 2] 295 AD2d 1015). Present—Pine, J.P., Hurlbutt, Burns, Gorski and Lawton, JJ.